**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**(Civil Division)**

| | |
|---|---|
| JACOB E. ABILT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 1:14-cv-00210 (ESH) |
| | ) |
| CENTRAL INTELLIGENCE AGENCY, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

### PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS OR ALTERNATIVELY TO TRANSFER CASE FOR IMPROPER VENUE

**COMES NOW** the Plaintiff Jacob Abilt, by and through undersigned counsel, and hereby submits his Response to Defendant's Motion to Dismiss, or Alternatively, to Transfer Case for Improper Venue.

Plaintiff agrees to the above captioned matter being transferred to the United States District for the Eastern District of Virginia.

Respectfully submitted,

By:   _//s// Donna Williams Rucker_____
DONNA WILLIAMS RUCKER (DC # 446713)
RUCKER & ASSOCIATES, P.C.
888 Sixteenth Street, N.W., Suite 800
Washington, DC 20006-4104
Office: (202) 349-9830
Facsimile: (202) 355-1399
Email: drucker@ruckerlawpc.com

August 11, 2014          Counsel for Plaintiff