IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JACOB E. ABILT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:14-cv-01031-GBL-IDD |
| ) | |
| CENTRAL INTELLIGENCE AGENCY, ) | |
| *et al.,* ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' CONSENT MOTION TO STAY PROCEEDINGS**

Defendants hereby respectfully move the Court to stay all proceedings in this case for an additional forty-five days, or until December 5, 2014, to allow the United States to complete deliberations concerning the appropriate steps that may be necessary to protect classified information implicated by this case. Although Defendants have made significant progress in this regard, high-level Executive Branch officials require additional time to consider the information at issue, including a potential invocation of the state secrets privilege. Plaintiff's counsel advised Defendants' counsel on October 17, 2014 that Plaintiff agrees to the filing of this motion.

In further support of the instant Motion, the Court is respectfully referred to the attached Memorandum, which is incorporated herein by reference.

Dated: October 17, 2014          Respectfully submitted,

                                                                    JOYCE R. BRANDA
                                                                    Acting Assistant Attorney General

                                                                    DANA J. BOENTE
                                                                    United States Attorney

SUSAN K. RUDY
Assistant Branch Director
Federal Programs Branch

CARLOTTA P. WELLS
Senior Trial Counsel
TIMOTHY A. JOHNSON
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, D.C. 20530
Tel: (202) 514-4522
Fax: (202) 616-8470
carlotta.wells@usdoj.gov

/s/
LAUREN WETZLER
Civil Chief
R. JOSEPH SHER
Deputy Civil Chief
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Tel: (703) 299-3747
Fax: (703) 299-3983
joe.sher@usdoj.gov

*Counsel for Defendants*