IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JACOB E. ABILT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:14-cv-01031-GBL-IDD |
| ) | |
| CENTRAL INTELLIGENCE AGENCY, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **DEFENDANTS' MOTION TO DISMISS**

Defendants hereby respectfully move the Court to dismiss Plaintiff's Complaint in its entirety. Defendant John O. Brennan, Director of the Central Intelligence Agency ("CIA"), has asserted the state secrets privilege as well as statutory privileges over information essential to the litigation of Plaintiffs' claims, as described in the Director's public and *ex parte*, *in camera* declarations. Thus, because any litigation of Plaintiff's claims would require the disclosure of privileged information that in the broader public interest must not be revealed, Plaintiff's claims must be dismissed. *See Sterling v. Tenet*, 416 F.3d 338, 348 (4th Cir. 2005) ("[W]here the very question on which a case turns is itself a state secret, or the circumstances make clear that sensitive [state] secrets will be so central to the subject matter of the litigation that any attempt to proceed will threaten disclosure of privileged matters, dismissal is the proper remedy.") (internal quotation marks omitted).

In further support of the instant Motion, the Court is respectfully referred to the Memorandum in Support filed herewith; to the public declaration of CIA Director John O.

Brennan, which sets out in as much detail as can safely be placed on the public record the reasons why this case cannot go forward; and to the *ex parte*, *in camera* declaration of Director Brennan.

| | |
|---|---|
| Dated:  December 5, 2014 | Respectfully submitted, |

JOYCE R. BRANDA
Acting Assistant Attorney General

DANA J. BOENTE
United States Attorney

SUSAN K. RUDY
Assistant Branch Director
Federal Programs Branch

CARLOTTA P. WELLS
Senior Trial Counsel
TIMOTHY A. JOHNSON
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, D.C. 20530
Tel: (202) 514-4522
Fax: (202) 616-8470
carlotta.wells@usdoj.gov

*/s/*
LAUREN A. WETZLER
Civil Chief
R. JOSEPH SHER
Deputy Civil Chief
Assistant United States Attorneys
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Tel: (703) 299-3752
Fax: (703) 299-3983
lauren.wetzler@usdoj.gov

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

>DONNA WILLIAMS RUCKER (DC# 446713)
>JEANETT HENRY (DC# 411052)
>RUCKER, BROWN & HENRY, P.C.
>888 Sixteenth Street, N.W., Suite 800
>Washington, DC 20006-4104
>Office: (202) 349-9830
>Facsimile: (202) 355-1399
>Email: drucker@ruckerlawpc.com, jhenry2085@aol.com

Dated:  December 5, 2014

>*/s/*
>LAUREN A. WETZLER
>Civil Chief
>United States Attorney's Office
>2100 Jamieson Avenue
>Alexandria, VA 22314
>Tel: (703) 299-3752
>Fax: (703) 299-3983
>lauren.wetzler@usdoj.gov
>
>*Counsel for Defendants*